UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: USA v. Tyson Dyer

DOCKET NO: 2:23cr-27-NT

PROCEEDING TYPE: Hearing re Motion to Dismiss

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | CUMCD-CR-2010-8518 Judgment | 7/17/24 | 7/17/24 | | 7/17/24 |
| 2 | | | CUMCD-CR-2012-4947 Judgment | 7/17/24 | 7/17/24 | | 7/17/24 |
| 3 | | | Transcript from Sentencing CUMCD-CR-2012-4947 dated 9/18/2012 | 7/17/24 | 7/17/24 | | 7/17/24 |