UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

TYSON DYER

No. 2:23-cr-00027-NT

**CONDITIONAL PLEA**
**(Rule 11(a)(2))**

My plea of guilty is conditional in that I reserve the right, on appeal from the judgment herein, to have an appellate court review this court's decision dated July 17, 2024, on my Motion to Dismiss. I waive all challenges to my conviction other than those preserved as part of this conditional plea.

Date: 8-8-2024

Tyson Dyer, Defendant

Date: 8/14/24

Grainne Dunne, Esq.
Attorney for Defendant

The government hereby consents to the defendant's conditional plea.

Date: 8/1/2024

Johnathan G. Nathans
Assistant U.S. Attorney

The court hereby approves the defendant's conditional plea.

Date: _____

Nancy Torresen
United States District Judge

1