# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:23-cr-27-NT |
| TYSON DYER | |

## PROSECUTION VERSION

If this case were to proceed to trial, the United States would prove the following facts beyond a reasonable doubt:

1. On January 11, 2023, members of the Portland Police Department responded to Woodford Street in response to a 911 call of two people smoking something inside a red sedan with something lit on fire inside the vehicle. The responding officers located a red Chevrolet Impala with Maine license plate 9928YT which appeared to be filled with smoke. At the time of the police contact Defendant was the only occupant inside the vehicle. Defendant acknowledged that he was the registered owner of the vehicle.

2. An empty black holster was observed on the front passenger seat. Officers conducted a search of the vehicle and located five loaded magazines on the front passenger seat beneath some miscellaneous items. An additional loaded magazine was located on the floor in front of the passenger seat. In total, officers recovered 73 rounds of 9mm ammunition containing the headstamp BLAZER 9mm LUGER, and 30 rounds of 9mm ammunition containing the headstamp FC 9MM LUGER.

3. Further investigation established that each of the rounds of 9mm ammunition were manufactured outside the State of Maine and thus traveled in interstate commerce prior to January 11, 2023.

4.	At the time, Defendant knew he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, namely Trafficking of Schedule W Drug, Cumberland County Criminal District Court, Portland, Maine, Docket No. CUMCD-CR-2010-08518, and Illegal Possession of a Firearm or Crossbow, Cumberland County Criminal District Court, Portland, Maine, Docket No. CUMCD-CR-2012-04947.

Dated: September 19, 2024	DARCIE N. MCELWEE
	United States Attorney


	By: /s/Johnathan G. Nathans
	Noah Falk
	Assistant U.S. Attorney
	100 Middle Street
	Portland, Maine 04101
	(207) 780-3257
	Johnathan.Nathans@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on September 19, 2024, I electronically filed the Prosecution Version with the Clerk of Court using the CM/ECF system which will send notifications of such filing to all counsel of record.

               DARCIE N. MCELWEE
               United States Attorney

      By:  */s/ Kate Whalen*
         Paralegal Specialist

  On Behalf Of:  Johnathan G. Nathans
           Assistant United States Attorney
           U.S. Attorney's Office
           100 Middle Street
           Portland, ME  04101
           (207) 780-3257
           Johnathan.Nathans@usdoj.gov