**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:23-cr-00027-NT |
| TYSON DYER | |

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2024 SEP 25 P 1: 24

DEPUTY CLERK

## CONDITIONAL PLEA
(Rule 11(a)(2))

My plea of guilty is conditional in that I reserve the right, on appeal from the judgment herein, to have an appellate court review this court's decision dated July 17, 2024, on my Motion to Dismiss. I waive all challenges to my conviction other than those preserved as part of this conditional plea.

Date: 8-8-2024

Tyson Dyer, Defendant

Date: 8/14/24

Grainne Dunne, Esq.
Attorney for Defendant

The government hereby consents to the defendant's conditional plea.

Date: 8/1/2024

Johnathan G. Nathans
Assistant U.S. Attorney

The court hereby approves the defendant's conditional plea.

Date: 8/25/2024

Nancy Torresen
United States District Judge

1