# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | DOCKET NO. 2:23-cr-00027-NT |
| ) | |
| TYSON DYER ) | |

## NOTICE OF APPEAL

Notice is hereby given that Tyson Dyer, Defendant in the above captioned matter, hereby appeals to the United States Court of Appeals for the First Circuit from the conviction in this matter dated March 31, 2025. More specifically, the Defendant entered a conditional guilty plea pursuant to Fed. R. Crim. P. 11(a)(2) allowing him to appeal the District Court's Order denial of the Defendant's Motion to Dismiss, dated July 17, 2024 (ECF No. 104).

Dated April 8, 2025, in Portland Maine

*/s/ Grainne Dunne*
Grainne Dunne
Attorney for Defendant
Assistant Federal Defender
P.O. Box 595
Portland, Me 04112-0595
207-553-7070
FAX: 553-7017
grainne_dunne@fd.org

1

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

### CERTIFICATE OF SERVICE

     I, Grainne Dunne, attorney for Tyson Dyer hereby certify that I have served electronically, a copy of the within **NOTICE OF APPEAL** upon Assistant United States Attorney Johnathan Nathans via the ECF system.

Dated April 8, 2025                          */s/ Grainne Dunne*
                                                    Grainne Dunne